UNITED DRESSED BEEF COMPANY, Respondent, *v.* JAMES BURRELL et al., Copartners under the Firm Name of BURRELL BROTHERS, Defendants.

JAMES BURRELL, Appellant.

*United Dressed Beef Co.* v. *Burrell*, 140 App. Div. 131, affirmed.
(Argued May 20, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 7, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for goods alleged to have been sold and delivered, and also to recover on a promissory note.

*John C. Judge* for appellant.

*Philip B. Adams* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.   Absent: VANN, J.